IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICOLE ROGERS,

        Plaintiff,

  vs.                                     CIV S-10-307 FCD KJM PS

ELIZABETH SCAFFIDE, et al.,

        Defendants.           <u>ORDER</u>

                                     /

        Plaintiff has not paid the fee ordinarily required to file an action in this court, and has filed an incomplete application to proceed without prepayment of fees. <u>See</u> 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff states she receives income from other sources but does not state the amounts. Plaintiff will be provided the opportunity to submit either the appropriate affidavit in support of a request to proceed in forma pauperis or the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff shall submit, within twenty-one days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis.

DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

006
rogers.inc